EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 524-2016-00007 |

**New Jersey Division On Civil Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. James S. Scott | (908) 687-6921 | 03-14-1947 |

Street Address: 363 Russell Street, Vauxhall, NJ 07088

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SCOTCH PLAINS TOWNSHIP | 15 - 100 | (908) 372-6700 |

Street Address: 430 Park Avenue, Scotch Plains, NJ 07076

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (Specify) Hostile Work Environment / Harassment

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-13-2015   Latest: 09-09-2015
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been employed by Respondent since September 1994. My current title is Parts and Maintenance Worker.

On August 13, 2015, My supervisor harassed me saying that I did not complete one of the three jobs that I was assigned fast enough. I was told that I should have done more work within the time on the first job. On September 9, 2015, I was deliberately placed in harms way in severely hot weather and was not given proper help which caused me to get injured.

I am the only person that is treated this way. I believe that I am being discriminated against due to my age in violation of the Age Discrimination in Employment Act and my disability in violation of the Americans with Disabilities Act and my race in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

01/08/16   /s/ James S. Scott
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

**State of New Jersey**
**Division of Equal Employment Opportunity and Affirmative Action**
## Discrimination Complaint Processing Form

> **INSTRUCTIONS:** This complaint form should be filed with the Equal Employment Opportunity/Affirmative Action Officer or the alternate designee for the State department, agency, commission, or State college/university where you work or applied for employment.

For detailed information on the complaint process, see the State of New Jersey Model Procedures for Processing Internal Complaints Alleging Discrimination in the Workplace (Model Procedures) on Page 2 of this form.

1. Name: James S. Scott
2. Name of State Dept., Agency, Commission or College: Scotch Plains Twp
3. Telephone (Work): 908-322-6700, ext 313
4. Job Title: Parks Maintenance Worker
5. Division / Office / Facility:
6. Telephone (Home):
7. Home Address: 363 Russell St. Vauxhall, NJ. 07088
8a. Full name, title, and telephone number of person(s) you believe discriminated against you:
   1) Alexander Mirabella - Muni Manager - 908-322-6700 ext 313
   2) Raymond Poerio - Parks & Rec Director - 908-322-6700 ext 22
   3) Christopher Monahan - Supervisor - 908-413-70X?
8. Date(s) of discriminatory action(s): 8/13/9/02/9/09/15
8c. Complainant's Status (Check applicable box):
   ☒ Employee   ☐ Job Applicant   ☐ Vendor/Contractor   ☐ Other (Please specify) _____

9. Basis of Discrimination:
   ☒ Age
   ☐ Affectional/Sexual Orientation
   ☐ Ancestry
   ☐ Atypical Hereditary Cellular or Blood Trait
   ☐ Color
   ☐ Creed
   ☐ Disability
   ☐ Domestic Partnership Status
   ☐ Familial Status
   ☐ Gender Identity or Expression
   ☐ Genetic Information (including refusal to submit to or provide results of a genetic test)
   ☐ Liability for Military Service
   ☐ Marital /Civil Union Status
   ☐ Nationality
   ☐ National Origin
   ☒ Race
   ☐ Religion
   ☐ Sex/Gender (including pregnancy)
   ☐ Sexual Harassment
   ☒ Retaliation (for having filed a discrimination complaint, participating in a complaint investigation, or for opposing a discriminatory practice)

10a. Explain why you feel you have been discriminated against: ☒ CHECK IF ADDITIONAL SHEETS ARE ATTACHED
The Township has allowed a supervisor to harass me, create a hostile work environment, and caused me to be injured

10b. Were the actions or behavior you are complaining about directed at, or said to, you Yes ☒ and/or another party ___ (third party harassment)? Alexander Mirabella & Raymond Poerio 8/13/9/02 & 9/14/15

10c. Was the incident reported to anyone? Yes ☒ No ___ If yes, who and when?

10d. What remedy or resolution are you seeking? That the supervisor be removed from the position

10e. If appropriate, as determined by the EEO Officer, are you willing to attempt to resolve your complaint through mediation or another alternative dispute resolution (ADR) process? ☒ YES ☐ NO

10f. Complainant's Signature: James S. Scott   Date: September 21, 2015

11. Have you filed a discrimination complaint with the
   • N.J. Division on Civil Rights?   ☒ YES   ☐ NO
   • U.S. Equal Employment Opportunity Commission?   ☒ YES   ☐ NO

12. Have you filed a grievance on the issues / personnel actions described?   ☒ YES   ☐ NO

13. Completion of this part is voluntary. The information is to be used only for State and Federal record keeping and reporting requirements:
SEX:   ☐ Male   ☐ Female
RACE:   ☐ American Indian or Alaska Native   ☐ Asian   ☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander   ☐ White
ETHNICITY:   ☐ Hispanic or Latino   ☐ Not Hispanic or Latino

**Note:** In addition to filing an internal complaint, a complainant has a right to use external complaint filing procedures available under State law (with the NJ Division on Civil Rights) and federal law (with the US Equal Employment Opportunity Commission). Detailed information is contained in the Model Procedures found on Page 2 of this form.

**DO NOT WRITE BELOW THIS LINE**

EEO/AA Officer Signature: _____   Date Received: _____

New Jersey Department of the Treasury
Division of EEO/AA
Revised 03-05-10

P.O. Box 315
Trenton NJ 08625-0315
609-777-0919
eeoaa@treas.state.nj.us

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 524-2006-00360 |

| New Jersey Division On Civil Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. James S. Scott | (908) 687-6921 | 03-14-1947 |

| Street Address | City, State and ZIP Code |
|---|---|
| 363 Russell St., Vauxhall, NJ 07088 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| TOWNSHIP OF SCOTCH PLAINS | 15 - 100 | (908) 322-7100 |

| Street Address | City, State and ZIP Code |
|---|---|
| Parks & Recreation Dept., 430 Park Ave., Scotch Plains, NJ 07076 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-20-2005   Latest: 12-20-2005

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about September 26, 1994, I was hired by this employer. My position is that of a Parks and Recreation Maintenance Worker.

In 2001, I filed EEOC Charge # 171-2001-00635 against this employer.

On or about December 20, 2005, Chris Monahan (W/ 44), Facility Manager yelled at me, "At your age 58, you're milking the system and a monkey could have more production!" We were in the public eye at a park. In addition, he attempted to snatch tools away from me to hamper my work performance. He was named in the previous charge of discrimination. Mr. Monahan has created a hostile working environment (HWE), in which I am caused to feel apprehensive in his presence.

In February 2006, I filed a letter of grievance to the Township. There has not been a response to my complaint.

I believe I was discriminated against because of my race (Black) and age (58) by being subjected to harassment, in violation of Title VII of the Civil Rights Act of 1964, as amended (Title VII) and the Age Discrimination in Employment Act of 1967, as amended (ADEA).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT *James S. Scott* |
| May 18, 2006     *James S. Scott*<br>Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>5/16/2006 |

## NARRATIVE / CONTINUATION REPORT

| PARTMENT | 2. ORI NO. | 3. DEPT. CASE NO. | 4. PROS. CASE NO. | 5. INCIDENT NO. |
|---|---|---|---|---|
| SCOTCH PLAINS | NJ0201600 | 2001-11103 | | |

ON 09/06/01 AT 07:39 HOURS MR. JAMES SCOTT OF VAUXHALL A TOWNSHIP EMPLOYEE FOR RECREATION REPORTS HE WAS HARASSED ON THE JOB YESTERDAY 09/05/01 AT 14:40 HOURS BY HIS ASSOCIATION REPRESENTATIVE CHRIS MONAHAN.

MR. SCOTT STATES IN AUGUST 2001 HE FILED A JOB DISCRIMINATION SUIT IN NEWARK AGAINST MR. MONAHAN AND 3 OTHER PEOPLE AFTER EXHAUSTING ATTEMPTS TO RECTIFY A GRIEVANCE HE HAD ON THE JOB. YESTERDAY SUPERVISOR ROBBIE KRUMM ADVISED MR. SCOTT HE WAS TO ATTEND A MEETING AT THE DPW BUILDING. AT 14:40 HOURS MR. SCOTT ENTERED THE BUILDING AND WAS CONFRONTED BY MR. MONAHAN. HE YELLED AT MR. SCOTT,"WHY DID YOU INVOLVE ME IN THIS SUIT." MR. SCOTT TOLD HIM BECAUSE HE WAS THE ASSOCIATION REPRESENTATIVE AND DID NOT REPRESENT HIM PROPERLY. MR. MONAHAN THEN CALLED HIM A FUCKING SCUMBAG AND TOLD HIM WHEN SUPERVISOR DIQUALO LEAVES HE WILL BE IN CHARGE AND WILL HAVE HIM SHOVEL SHIT. MR. MONAHAN THEN TOLD HIM "YOU WONT BE HERE MUCH LONGER ANYWAY BECAUSE HIS JOB WAS GOING TO BE ELIMINATED BY AN INDEPENDENT CONTRACTOR." HE WAS THEN TO HAVE SAID "I WILL NEVER FORGET WHAT YOU DID TO ME,I'M GOING TO BE YOUR REP FOR A LONG TIME." MR. SCOTT STATES ALL THIS WAS DONE IN THE PRESENCE OF SUPERVISOR KRUMM AND OTHER EMPLOYEES.

MR. SCOTT WAS ADVISED HE COULD FILE HARASSMENT COMPLAINTS BUT STATED HE JUST WANTED THIS DOCUMENTED AND WOULD FILE COMPLAINTS IF THE HARASSMENT CONTINUES.

NO ADD. INFO.

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 171A10635 |

NEW JERSEY DIVISION ON CIVIL RIGHTS and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. James S. Scott | (908) 687-6921 |
| STREET ADDRESS  CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 43 Laurel Avenue, Vauxhall, NJ 07088 | 03/14/1947 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Scotch Plains Township | Cat A (15-100) | (908) 322-6700 |
| STREET ADDRESS  CITY, STATE AND ZIP CODE | | COUNTY |
| 430 Park Avenue, Scotch Plains, NJ 07076 | | 039 |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| | | |
| STREET ADDRESS  CITY, STATE AND ZIP CODE | | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 02/09/2001  LATEST 02/09/2001
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

1. I began my employment in September 1994, in the position of Bus Driver/Park Maintenance Laborer.

2. I spent the majority of my time performing maintenance duties. In March 2000, I applied for the position of Maintenance Worker. I was placed in this position in April 2000, at that time I was made aware that I was not in the "Scotch Plains Public Works & Recreation (SPPWRA)", union.

The Park Mainntenance Worker position is covered under the SPPWRA union. I complained that I had been subjected to discriminatory treatment.

On January 29, 2001, I was notified by Mr. Thomas E. Atkins, Municipal Manager that I was not an employee under the terms and conditions of the SPPWRA, but I would not have to wait a full five (5) years before moving from one wage scale to other. As a result, I was being granted three years credit which would allow me to go to Schedule A wage scale noted in the Labor Contract in September 2002. I have been denied two years additional credit.

To my knowledge a White coworker, Mr. Chrs Monahan; held the position of Assistant Greenskeeper/Maintenance. His position was

** Text is Continued on Attached Sheet(s) **

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Date 5/31/01  *James S. Scott* Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br>*James S. Scott*<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year) |

EEOC FORM 5 (Rev. 07/99)  FEPA COPY

May 21 15:36 2001    CP Initials [signature]   Chg # 171A10635, Attachment Page 1

---
Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text
---

part of the SPPWRA.  We were the only employees who held official dual positions.

3. I believe that I have been discriminated against because of my race (Black) in violation of Title VII of the Civil Rights Act of 1964, as amended.