Brian M. Hak, Esq. Atty ID #034301988
WEINER LAW GROUP LLP
629 Parsippany Road, P.O. Box 438
Parsippany, NJ 07054-0438
Phone: (973) 403-1100
Fax: (973) 403-0010
Attorneys for Defendants, Scotch Plains
Township Municipality, Alexander Mirabella,
Raymond Poerio, and Christopher Monahan
Our File No.: 88396   1304991_1.doc

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES S. SCOTT, SR., <br><br> Plaintiff, <br><br> v. <br><br> SCOTCH PLAINS TOWNSHIP MUNICIPALITY, ALEXANDER MIRABELLA, RAYMOND POERIO, CHRISTOPHER MONAHAN, <br><br> Defendants. | Civil Action No. 2:16-CV-05779-KM-JBC <br><br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

The matter in difference in the above entitled action having been resolved between the Pro Se

Plaintiff, James S. Scott, Sr. and all Defendants, it is hereby stipulated and agreed that the entire

Complaint and any amendments thereto are dismissed with prejudice and without costs, against

Defendants Scotch Plains Township Municipality, Alexander Mirabella, Raymond Poerio and

Christopher Monahan by Pro Se Plaintiff, James S. Scott, Sr.

James S. Scott, Pro Se

*[signature]*

Dated: 10|13|17

1304991_1.DOC

WEINER LAW GROUP LLP
Attorneys for Defendants
Scotch Plains Township Municipality,
Alexander Mirabella, Raymond Poerio, and
Christopher Monahan

By: _____
      Brian M. Hak, Esq.

Dated: 10/23/17

SO ORDERED

*[signature]*

Kevin McNulty, U.S.D.J.

Date:   1/2/2018

2